# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2290
L.T. Case No. 2018-CA-004290
_____

QIHUI ZHAI and FANGJIE CHEN,

    Appellant,

    v.

ICF ICF, LLC,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Gilbert Lee Feltel, Jr., Judge.

Monika Elizabeth Siwiec, of The Gibson Law Firm, P.A., Jacksonville, for Appellants.

Richard N. Asfar, of Almazan Law, Tampa, for Appellee.

December 18, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J, and HARRIS and MACIVER, JJ., concur.

––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––